RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 12/21/11
GB

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BIEL M/V GULF IMPORTANCE, LLC, | * | CIVIL ACTION NO.: 11-2162 |
| Plaintiff, | * | JUDGE: DOHERTY |
| vs. | * | MAG. JUDGE: HANNA |
| M/V GULF INFLUENCE, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \*

**ORDER FOR ISSUANCE OF A
WARRANT FOR MARITIME ARREST
PURSUANT TO SUPPLEMENTAL RULE C**

Upon reading of the Verified Complaint and Affidavit filed in connection with this matter, and having found that conditions exist for the arrest of the M/V GULF INFLUENCE, the M/V GULF PROMISE, and the M/V MISS KALEIGH.

IT IS HEREBY ORDERED that the Clerk of Court immediately issue Warrants of Arrest for the arrest of the M/V GULF INFLUENCE, the M/V GULF PROMISE, and the M/V MISS KALEIGH, wherever they are located within the District.

In accordance with the applicable rules, Plaintiff agrees to hold harmless and indemnify the U.S. Marshal and all of his deputies, employees, agents and/or other persons under his control from and against any and all liability as a result of the aforementioned attachment which is incorporated into this Order.

Lafayette, Louisiana this 21st day of December, 2011.

UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

COPY SENT
DATE 12/21/11
BY GB
TO USM 3cc