UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BIEL M/V GULF IMPORTANCE, LLC, | * | CIVIL ACTION NO.: 11-2162 |
| Plaintiff, | * | |
| vs. | * | JUDGE: DOHERTY |
| M/V GULF INFLUENCE, et al., | * | MAG. JUDGE: Hanna |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \*

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To the Marshal of the Western District of Louisiana, or to his lawful Deputy:

GREETINGS:

You are hereby commanded to seize, and take into your possession and hold, subject to the orders of this Court, the following property, to wit:

<u>M/V GULF INFLUENCE, Official No. 610682, her engines, machinery, appurtenances, etc.</u>

and how you have executed this warrant that you make due and prompt return.

If the character or situation of the property is such that the taking of actual possession is impracticable, you shall execute this process by affixing a copy of same to the property in a conspicuous place and by leaving a copy of the complaint and process with the person having possession or his agent.

WITNESS, THE HONORABLE JUDGES OF THIS COURT, at Lafayette, Louisiana, this 21st day of December, 2011.

TONY R. MOORE, CLERK

By: _____
Deputy Clerk

NOTE: Rule C(6) of the SUPPLEMENTAL FEDERAL RULES OF CIVIL PROCEDURE provides: "(6) Claim & Answer; Interrogatories. The Claimant of property that is the subject of an action in rem shall file his claim within 14 days after the process has executed, or within such additional time as may be allowed by the Court, and shall serve his answer within 21 days after the filing of the claim, the claim shall be verified on oath or solemn affirmation, and shall state

the filing of the claim, the claim shall be verified on oath or solemn affirmation, and shall state the interest in the property by virtue of which the claimant demands its restitution and the right to defend the action. If the claim is made on behalf of the person entitled to possession by an agent, bailee, or attorney, it shall state that he is duly authorized to make claim. At the time of answering the complaint, the claimant shall also serve answers to any interrogatories served with the complaint."

ISSUED FOR:
C. Gordon Starling, Jr.
The Law Office of Gordon Starling, LLC
601 Poydras Street, Suite 1660
New Orleans, LA 70130-6158
504-525-2141