UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
_____LAFAYETTE_____ DIVISION


BIEL M/V GULF IMPORTANCE, LLC

VERSUS

M/V GULF INFLUENCE, et al.

CASE NO. 11-cv-02162_____

JUDGE Rebecca F. Doherty

MAGISTRATE Partick J. Hanna


O R D E R


IT IS ORDERED that J. Stephen Simms be and is hereby admitted to the bar of this Court pro hac vice on behalf of BIEL M/V GULF IMPORTANCE, LLC in the above described action.

SO ORDERED on this, the 27th day of December , 2011 .

_____
U. S. Magistrate Judge